UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELISHABA PALMER,

                Plaintiff,                           **O R D E R**

                                                      13 CV 7403 (WFK)

        - AGAINST -

DETECTIVE GABRIEL ECHEVARRIA, et al.,

                Defendants.
-----------------------------------------------------------X

        An initial conference has been scheduled in the above-captioned case on **MARCH 27, 2014** at **11:00 AM,** before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in Room 1230, at 225 Cadman Plaza East, Brooklyn, New York.

        **All counsel must be present.  <u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>.**

        In the event an answer has not yet been filed at the time this Order is received, plaintiff's counsel is to notify counsel for the defendant of this conference as soon as an answer is filed. Plaintiff's counsel is to notify the undersigned, <u>in writing</u>, at least two days before the scheduled conference if an answer still has not been filed.   No request for adjournment will be considered unless made **in writing** at least forty-eight (48) hours before the scheduled conference.

        **THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE AMENDMENTS TO RULE 26 Fed. R. Civ. P. IT IS EXPECTED THAT THE MEETING REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE CONFERENCE, AND THAT ALL MANDATORY DISCLOSURES WILL BE MADE.**

        **Parties are required to participate in Electronic Case Filing (ECF).  ECF enables

**both the court and litigants to file all case documents electronically, including pleadings,**

**motions, correspondence and orders.  ECF is a straightforward system which is easily**

**understood.  A user's manual is available through the Clerk's Office, or at our website at**

**http://www.nyed.uscourts.gov.  If needed, free training can be arranged for attorneys and**

**their staff at either Eastern District courthouse.  All counsel of record will receive notice by**

**e-mail every time a document is filed in this case via ECF.**

All counsel of record who have not yet registered for ECF must do so within two

weeks.  If there are other attorneys in the firm who will be working on this case, such

attorneys should promptly file a notice of appearance and register for ECF.

The Clerk is directed to send copies of this Order to the parties either electronically

through the Electronic Case Filing (ECF) system or by mail.


    SO ORDERED.

Dated:  Brooklyn, New York
         February 7, 2014


                              /S/   Cheryl L. Pollak
                              Cheryl L. Pollak
                              United States Magistrate Judge
                              Eastern District of New York

**INITIAL CONFERENCE QUESTIONNAIRE**

1. Date of completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____

2. If additional interrogatories beyond the 25 permitted under the Federal Rules are needed, the maximum number of:  plaintiff(s) _____  and defendant(s) _____

3. Maximum number of requests for admission by:  plaintiff(s) ____ and defendant(s) _____

4. Number of depositions by plaintiff(s) of:  parties _____  non-parties _____

5. Number of depositions by defendant(s) of: parties _____ non-parties _____

6. Time limits for depositions: _____

7. Date for completion of factual discovery: _____

8. Number of expert witnesses of plaintiff(s):  medical _____ non-medical _____

    Date for expert report(s): _____

9. Number of expert witnesses of defendant(s): medical _____ non-medical _____

    Date for expert report(s): _____

10. Date for completion of expert discovery: _____

11. Time for amendment of the pleadings by plaintiff(s) _____ or by defendant(s) _____

12. Number of proposed additional parties to be joined by plaintiff(s) _____ and by defendant(s) _____ and time for completion of joinder: _____

13. Types of contemplated dispositive motions:  plaintiff(s): _____
                                                defendant(s) _____

14. Dates for filing contemplated dispositive motions:  plaintiff(s): _____
                                                       defendant(s) _____

15. Does any parties object to having this case included in the Court's Electronic Case Filing program:  No objection _____  Objection by plaintiff _____ defendant _____

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (Answer no if any parties declines to consent without indicating which parties has declined.)  Yes _____  No _____